UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JESUS OSCAR GUEVARA-HERNANDEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-CV-59-ZMB |
| | ) | |
| PAMELA JO BONDI, et al. | ) | |
| | ) | |
| Respondents. | ) | |

**WRIT OF HABEAS CORPUS AD SUBJICIENDUM**

TO:   THE ADMINISTRATOR OF THE STE. GENEVIEVE COUNTY DETENION CENTER, 5 BASLER DRIVE, STE. GENEVIEVE, MISSOURI 63670 or to any other person or officer having custody of detainee Jesus Oscar Guevara-Hernandez

The petition for writ of habeas corpus indicates that Jesus Oscar Guevara-Hernandez is confined in the custody of Ste. Genevieve County Detention Center in Ste. Genevieve, Missouri. Doc. 1. After reviewing the briefing in this case, the Court finds that his presence is required for a hearing on the petition set for April 15, 2026, at 1:45 p.m.

Accordingly, this writ commands the official in charge of the Ste. Genevieve County Detention Center in Ste. Genevieve, Missouri, to deliver into the custody of any duly authorized person, upon production to you of a certified copy of this writ, the body of Jesus Oscar Guevara-Hernandez for safe and secure conduct to the United States District Court for the Eastern District of Missouri – Southeastern Division in Cape Girardeau, Missouri on April 15, 2026, at 1:45 p.m. and through the conclusion of the hearing scheduled to conclude that day.

So ordered this 9th day of April 2026.

_____
ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE