UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JESUS OSCAR GUEVARA-HERNANDEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-CV-59-ZMB |
| | ) | |
| TODD BLANCHE, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## JUDGMENT

In accordance with the Memorandum and Order issued today, the Court **DENIES** Petitioner Jesus Oscar Guevara-Hernandez's [1] Petition for Writ of Habeas Corpus and **DISMISSES** this case with prejudice.

So ordered this 15th day of June 2026.


_____
ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE